IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAY FOLSE

    Plaintiff,

v.                                  CIVIL ACTION NO. 2:19-cv-00488

WEST VIRGINIA UNIVERSITY, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On September 27, 2019, Magistrate Judge Tinsley submitted the Proposed Findings of Fact and Recommendation [ECF No. 12] ("PF&R"), recommending the court grant in part defendants' Motion to Dismiss as to plaintiff's 42 U.S.C. § 1983 claims [ECF No. 6]; and that the court dismiss without prejudice plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(c). To date, no objections to Magistrate Judge Tinsley's PF&R have been filed, and the time period for the filing of objections has passed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **GRANTS IN PART** the Motion to Dismiss as to plaintiff's 42 U.S.C. §1983 claims [ECF No. 6] and **DISMISSES WITHOUT PREJUDICE** plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(c). The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 18, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE